PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Carlos Javier Felix LOPEZ (1)<br>David Michael MARIN (2),<br>Angel DELGADILLO, Sr. (3),<br>Armando Acosta TORO (8),<br>Jose Guadalupe BOJORQUEZ (10),<br>Monica GUTIERREZ (11),<br>Julio Cesar MORENO Garcia (12),<br><br>Defendants. | CASE NO. 1:19-CR-00256-NONE-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: May 4, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Shiela K. Oberto |

This case is set for status conference on May 4, 2022. As set forth below, the parties now move, by stipulation, to continue the status conference to September 21, 2022, and to exclude the time period between May 4, 2022 and September 21, 2022 under the Speedy Trial Act.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on May 4, 2022.

2.  By this stipulation, defendants now moves to continue the status conference until September 21, 2022, and to exclude time between May 4, 2022, and September 21, 2022, under Local

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case is voluminous and includes many thousands of hours of wiretap calls, hundreds of hours of video, hundreds of investigative reports, hundreds of pictures, and extensive other evidence. This case was a multi-agency wiretap investigation that lasted nearly a year. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desires additional time consult with his/her client, to review the current charges, to conduct further investigation and research related to the charges, to review discovery, to discuss potential resolution, to evaluate potential pretrial motions. The COVID-19 pandemic has and continues to make certain tasks, such as client meetings, meetings with the government, and case investigation more difficult and more time consuming.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 4, 2022 to September 21, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 26, 2022              PHILLIP A. TALBERT
                                    United States Attorney


                                    /s/ JEFFREY A. SPIVAK
                                    JEFFREY A. SPIVAK
                                    Assistant United States Attorney


Dated:  April 26, 2022              /s/ Ernest Lutz
                                    Ernest Lutz
                                    Counsel for Defendant
                                    Carlos Lopez (1)


Dated:  April 26, 2022              /s/ Eric Kersten
                                    Erick Kersen, Assistant Federal
                                    Defender
                                    Counsel for Defendant
                                    David Marin (2)


Dated:  April 26, 2022              /s/ Martin Taleisnik
                                    Martin Taleisnik
                                    Counsel for Defendant
                                    Angel Delgadillo, Sr. (3)


Dated:  April 26, 2022              /s/ Kevin Rooney
                                    Kevin Rooney
                                    Counsel for Defendant
                                    Armando Toro (8)


Dated:  April 26, 2022              /s/ Roger Wilson
                                    Roger Wilson
                                    Counsel for Defendant
                                    Jose Bojorquez (10)

| | | |
|---|---|---|
| Dated: April 26, 2022 | | /s/ Dan Harralson |
| | | Dan Harralson |
| | | Counsel for Defendant |
| | | Monica Gutierrez (11) |
| | | |
| Dated: April 26, 2022 | | /s/ Douglas C. Foster |
| | | Douglas C. Foster |
| | | Counsel for Defendant |
| | | Julio Moreno Garcia (12) |

### ORDER

Pursuant to the parties' Stipulation, the status conference hearing presently set for Wednesday, May 4, 2022, at 1:00 p.m. is hereby vacated and rescheduled for **Wednesday, September 21, 2022, at 1:00 p.m.** It is further ordered that time be excluded based on the grounds set forth in the parties' Stipulation.

The parties shall be prepared to select a mutually agreeable trial date at the next status conference.

IT IS SO ORDERED.

DATED:  4/28/2022                                         *Sheila K. Oberto*
                                                                         HON. SHEILA K. OBERTO
                                                                         UNITED STATES MAGISTRATE JUDGE