1  Daniel L. Harralson, SBN #109322
   Law Office of Daniel L. Harralson
2  Post Office Box 26688
   Fresno, California 93729-6688
3  Telephone (559) 486-4560
   Facsimile (559) 486-4320
4  harralsonlaw@sbcglobal.net

5  Attorney For Defendant: Monica Gutierrez

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00256-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING AND ORDER** |
| v. | Sentencing Date: May 20, 2024 |
| MONICA GUTIERREZ, | Time: 9:00 a.m. |
| Defendant. | Courtroom: 4 |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the Sentencing Hearing in the above captioned matter now set for **May 20, 2024, at 9:00 a.m.**, **may be continued to July 15, 2024, at 9:00 am., in Department 4 of the United States District Court.**

The continuance is requested by counsel for Defendant, Monica Gutierrez, to allow additional time for the preparation of the Defense Sentencing Memorandum.

\\\
\\\
\\\

Stipulation to Continue Sentencing Hearing and [Proposed] Order

1

**IT IS SO STIPULATED.**

Dated May 10, 2024         /s/ Daniel L. Harralson
                           Daniel L. Harralson, Esq.
                           Attorney for Defendant, Monica Gutierrez

Dated May 10, 2024          /s/ Jeffrey A. Spivak
                           Jeffrey A. Spivak
                           Assistant United States Attorney

---

# ORDER
-----

*IT IS HEREBY ORDERED*. That the Sentencing Hearing of May 20, 2024, at 9:00 a.m., be continued to July 15, 2024 at 9:00am.

IT IS SO ORDERED.

   Dated:   **May 13, 2024**                            _____
                                                        UNITED STATES DISTRICT JUDGE