Daniel L. Harralson, SBN #109322
Law Office of Daniel L. Harralson
Post Office Box 26688
Fresno, California 93729-6688
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney For Defendant: Monica Gutierrez

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONICA GUTIERREZ,<br><br>Defendant. | Case No.  1:19-CR-00256-JLT-SKO<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF DANIEL L. HARRALSON AS ATTORNEY OF RECORD AND [PROPOSED] ORDER** |

On November 21, 2019, Defendant, **MONICA GUTIERREZ** was indicted on Federal charges. CJA Panel Attorney Daniel L. Harralson, was appointed as trial counsel to represent Ms. Gutierrez on January 15, 2020, in her criminal case.  Ms. Gutierrez was sentenced Pursuant to a Plea Agreement on July 15, 2024.  The time for filing a direct Appeal was July 29, 2024, no direct appeal was filed as Ms. Gutierrez waived her appeal rights.  Ms. Gutierrez was out of custody at the time of Sentencing and the trial phase of Ms. Gutierrez's criminal case has, therefore, come to an end.   Having completed his representation of Ms. Gutierrez, CJA Attorney, Daniel L. Harralson**,** now moves to terminate his appointment under the Criminal Justice Act.

\\\
\\\
\\\

Should **Defendant, Monica Gutierrez**, require further legal assistance she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: September 16, 2024                                    Respectfully submitted,

                                                                        /s/ Daniel L. Harralson
                                                                        **DANIEL L. HARRALSON, ESQ.**
                                                                        Attorney for Defendant **Ryan Michael Villa**


## [PROPOSED] ORDER

Having reviewed the notice and found that attorney Daniel L. Harralson has completed the services for which he was appointed, the Court hereby grants attorney Harralson's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Monica Gutierrez at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Monica Gutierrez
Post Office Box #11
Mendota, California 93640

**IT IS SO ORDERED**


Dated: _September 18, 2024_                    _____
                                                                   UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28